**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Emanuel R. Mori                                            CHAPTER 11

<u>Debtor(s)</u>

BKY. NO. 24-20807 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of HSBC Bank USA, National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
PA Western BK
06 Jun 2024, 17:40:49, EDT

Denise Carlon, Esq. (317226) ☑
Brent Lemon, Esq. (86478) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 08ec026d73b840864e65ad08ba9aa8e51d8a61f8efbbb135662246f6aba2686d