| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor Name | Emmanuel E. Mori | |
| United States Bankruptcy Court for the: | Western | District of Pennsylvania (State) |
| Case number: | 24-20807-CMB | |

## Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of [        ] on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| EBM3 M. -Inc dba Rocky's Rte. 8 | 100 % | |
| Rocky's Restaurant & Catering | 100 % | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name **Emanuel R. Mori**

Case number **24-20807-CMB**

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**   ✗

Signature of Authorized Individual

Printed name of Authorized Individual

Date _____
MM / DD / YYYY

**For individual Debtors:**   ✗ *Emanuel R Mori*

Signature of Debtor 1

*EMANUEL R MORI*
Printed name of Debtor 1

Date **6 / 1 / 24**
MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date _____
MM / DD / YYYY

| Debtor Name | Emmanuel R. Mori | | Case number | 24-20807-CMB |

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

| Debtor Name | Emanuel R. Mori | | | Case number | 24-20807-CMB | |
|---|---|---|---|---|---|---|

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor Name  Emanuel R. Mori                     Case number  24-20807-CMB

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

(i) For the initial report:

  a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b.  the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

**Emanuel R. Mori**
**ERM&M, Inc. - tdb Rocky's Route 8**
**P & E STATEMENT**
**1st Qtr. - 2024**

| ~~Profit~~ Income | | Expenses | |
|---|---|---|---|
| Gross Food Sales | $ 4,310.42 | Food Costs | $ 1,465.65 |
| Liquor/Beer Sales | 3,731.28 | Beer/Liquor | 998.70 |
| **Restaurant & Bar Sales** | **8,041.70** | Garbage Pkup | 341.36 |
| | | Drink Tax | 261.19 |
| | | Auto Main/Ins/Gas | 385.13 |
| | | Phone | 150.00 |
| | | PNC Fees | 330.62 |
| Rental Prop. | 1,950.00 | Mortgage | - |
| | | Utilities | 3,216.41 |
| | | Sales & Use Tax | 332.81 |
| | | LCB Renewal | 1,210.00 |
| | | Cable | 1,404.62 |
| | | Computer Fee | 561.42 |
| | | Auto Regis | 50.00 |
| | | Office/Printing | 15.45 |
| | | Furnace | 700.00 |
| | | Cleaning Sup | 210.00 |
| **TOTAL** | **$ 9,991.70** | | **$ 11,633.36** |

P. 6
TO: +14122323858
FROM: Staples
3:59 PM
6/3/2024

## Rocky's Restaurant & Catering & Rentals - 1st Qtr., 2024

### 4759 Liberty Avenue - business & rentals

| Income | Amount | Expense | Amount |
|---|---|---|---|
| Food Sales | $4,604.81 | Electric (apts.) | $ 600.00 |
| Rental | $6,000.00 | Electric (diner) | 300.00 |
| | | Gas (apts.) | 600.00 |
| | | Gas (diner) | 300.00 |
| ATM | $ 48.03 | Water (combined) | 450.00 |
| | | Exterminating | 176.00 |
| | | Insurance - car (half) | 85.13 |
| | | Filters/Vents | 80.00 |
| | | Miles - 144 | ? |
| | | Cleaning Prod | 120.00 |
| | | Phone-Cell (half) | 150.00 |
| | | Window Cleaning | 170.00 |
| | | Cable (tenant) | 150.00 |
| | | Mortgage (incl. taxes) | 3,178.29 |
| | | Food Costs | 1,657.73 |
| | | Paper Prod/Postage | 78.00 |
| | | Bldg. Ins. | - |
| | | Sales & Use Tax | 329.12 |
| | | ATM | 151.48 |
| | $10,652.84 | | $ 8,675.75 |

### 3718 Liberty Avenue - Rental

| | | | |
|---|---|---|---|
| Rental | Vacant | Bldg. Insurance | 157.74 |
| | | Water | 180.00 |
| | | Mortgage (incl. taxes) | 1,186.23 |
| | | | 1,523.97 |

### 4618 Choate Way - Rental

| | | | |
|---|---|---|---|
| Rental | $ 1,350.00 | Bldg. Ins. | 161.49 |
| | | Maintenance | 75.00 |
| | | Taxes | - |
| | | | 236.49 |

7    P.    +14122323858    TO:    FROM: Staples    3:59 PM    6/3/2024

**Emanuel R. Mori**
**ERM&M, Inc. - tdb Rocky's Route 8**
**P & E STATEMENT**
**4th Qtr. - 2023**

| ~~Profit~~ / Income | | Expenses | |
|---|---|---|---|
| Gross Food Sales | $ 4,604.81 | Food Costs | $ 1,703.78 |
| Liquor/Beer Sales | 4,403.88 | Beer/Liquor | 1,053.86 |
| **Restaurant & Bar Sales** | **9,008.69** | Garbage Pkup | 324.28 |
| | | Drink Tax | 425.31 |
| | | Auto Main/Ins/Gas | 385.13 |
| | | Phone | 150.00 |
| | | PNC Fees | 342.05 |
| Rental Prop. | 1,950.00 | Mortgage | - |
| | | Utilities | 5,387.54 |
| | | Sales & Use Tax | 329.12 |
| | | ACHD Permit | 305.00 |
| | | Cable | 1,828.44 |
| | | Computer | 50.00 |
| | | Cleaning Supp | 140.00 |
| | | Office/Printing | 75.00 |
| | | IRS Payment | 500.00 |
| | | Legal Retain | 1,600.00 |
| | | Sales Tax (past) | 31.54 |
| | | Plumbing | 105.00 |
| **TOTAL** | **$ 10,958.00** | | $ 14,781.13 |

8
P.
+14122323858
TO:
Staples
FROM:
PM
3:59
6/3/2024

## Rocky's Restaurant & Catering & Rentals - 4th Qtr., 2023

| 4759 Liberty Avenue - business & rentals | | | | | 3718 Liberty Avenue - Rental | |
|---|---|---|---|---|---|---|
| Food Sales | $1,408.12 | Electric (apts.) | $ 600.00 | Rental | Vacant | Bldg. Insurance | 157.74 |
| Rental | 6,000.00 | Electric (diner) | 300.00 | | | Water | 180.00 |
| | | Gas (apts.) | 600.00 | | | Mortgage | 1,186.23 |
| | | Gas (diner) | 300.00 | | | (incl. taxes) | |
| | | Water (combined) | 450.00 | | | | |
| | | Exterminating | 150.00 | | | | 1,523.97 |
| | | Insurance - car (half) | 85.13 | | | | |
| | | Filters/Vents | 80.00 | | | | |
| | | Miles - 144 | ? | | | | |
| | | Cleaning Prod | 85.00 | | 4618 Choate Way - Rental | | |
| | | Phone-Cell (half) | 150.00 | Rental | $ 1,350.00 | Bldg. Ins. | 161.49 |
| | | Window Cleaning | - | | | Maintenance | 75.00 |
| | | Cable (tenant) | 150.00 | | | Taxes | - |
| | | Mortgage (incl. taxes) | 3,178.29 | | | | |
| | | Food Costs | 478.76 | | | | 236.49 |
| | | Bldg. Ins. | - | | | | |
| | | Sales & Use Tax | 97.57 | | | | |
| | | | | | | | |
| | $7,408.12 | | $ 6,804.75 | | | | |

9

P.

+14122323858

TO:

Staples

FROM:

3:59 PM

6/3/2024

| ROCKY'S ROUTE 8 - 2023 | | | | |
|---|---|---|---|---|
| **Food Sales: $14,737.11** | | | **Liquor Sales: $12,915.00** | |
| | | | | **TOTAL** |
| Allegh. Cty Health Permit | | | | 412.50 |
| Ansul/Fire Extinguishers | | | | 385.00 |
| Beer/Liquor | | | | 5,198.05 |
| Beer Tap Cleaning | | | | 240.00 |
| Car Insurance (1/2) | | | | 240.67 |
| Car Tow | | | | 56.00 |
| Cell Phone (1/2) | | | | 300.00 |
| Co2Gas | | | | 458.66 |
| Computers | | | | 50.00 |
| Dishwasher Maint/Repair | | | | 350.00 |
| Equipment Maintenance /Repair/Purchase | | | | 1,600.00 |
| Exterminator | | | | 1,200.00 |
| Food costs | | | | 4,376.63 |
| Food (non-ingredient) | | | | 775.00 |
| Garbage Pick-up | | | | 1,054.56 |
| IRS payment | | | | 3,000.00 |
| LCB License | | | | 1,210.00 |
| John Layden's Fees - 2023 (half) | | | | |
| Legal | | | | 4,100.00 |
| Mileage (1,000 mi.) | | | | |
| Misc. (Office, postal) | | | | 245.80 |
| Painting | | | | 3,500.00 |
| Payroll Invoices/Fees | | | | 106.98 |
| Plumbing | | | | 1,305.00 |
| PNC Fees/Lease-Credit Card Machine | | | | 1,278.77 |
| Signs | | | | 150.00 |
| Software Prot Renew | | | | 117.69 |
| Snow Removal | | | | 75.00 |
| Taxes | | | | - |
| Window Cleaning | | | | 250.00 |
| Utilities: | | | | |
| Electric | | | | 5,059.77 |
| Gas | | | | 4,996.10 |
| Water | | | | 1,071.01 |
| Cable | | | | 3,229.37 |
| **Barber Shop Rental** | $7,650.00 | | | |
| Court Refund | 5.00 | | | |
| Overpayment-Insur. | 25.00 | | | |

## Rocky's Restaurant & Catering & Rentals - 2023

| 4759 Liberty Avenue - business & rentals | | | | 3718 Liberty Avenue - Rental | | | |
|---|---|---|---|---|---|---|---|
| Food Sales | $4,438.66 | Utils | $ 6,160.00 | Rental - Yr. | $3,000.00 | Bldg. Insurance | 630.99 |
| Rental - Yr. | $22,000.00 | Permits | 305.00 | | | Water | 1,100.00 |
| | | Exterminating | 1,200.00 | | | Misc. | 300.00 |
| Café reopened in late June | | * Insurance-bldg. | 3,533.90 | | | * Taxes | - |
| | | John Layden's Fee 1/2 | | | | Mortgage | 4,094.41 |
| | | Filters/Vents | 200.00 | Tenant owes for 8 months ($8,000) | | | |
| | | Furnace/Boiler Rep. | 4,500.00 | Moved out end of Nov. | | | |
| | | Miles - 2,000 | | | | | |
| | | Dishwasher Maint/Repair | 125.00 | | | | |
| | | Phone-Cell (half) | 300.00 | | | | |
| | | Parking Fees | 50.00 | | | | |
| | | Window Cleaning | 225.00 | | | | |
| | | Cable (tenant) | 600.00 | | | | |
| | | * Taxes (see attached) | | | | | |
| | | Basement Cleanup | 250.00 | | | | |
| | | New Fryer | 360.00 | | | | |
| | | Food Costs | 1,420.37 | | | | |
| | | Mortgage | 7,801.22 | 4618 Choate Way - Rental | | | |
| | | | | Rental - Yr. | $5,400 | Bldg. Insurance | $ 625.16 |
| | | | | | | Maint/Repair | 300.00 |

* Amount includes upstairs rentals -taxes & bldg. insurance come out of mortgage (see attachments A & B)

P. 11    TO: +14122323858    FROM: Staples    3:59 PM    6/3/2024

| RECIPIENT'S/LENDER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>PHH MORTGAGE CORPORATION<br>1661 Worthington Road, Suite 100<br>West Palm Beach, FL 33409<br>PHONE NO.  1-877-744-2506<br><br>"Attachment A" | **Caution:** The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | OMB No. 1545-1380<br><br>Substitute<br>Form **1098**<br>For Calendar Year<br>**2023** | **Mortgage Interest Statement** |
|---|---|---|---|

| | 1 Mortgage interest received from payer(s)/borrower(s)*<br>$      3,033.67 | **Copy B**<br>**For Payer/** |
|---|---|---|

| RECIPIENT'S/LENDER'S TIN<br>22-2195996 | 2 Outstanding mortgage principal<br>$  138,702.38 | 3 Mortgage origination date<br>06/22/2007 | **Borrower**<br><br>The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item. |
|---|---|---|---|

| PAYER'S/BORROWER'S name, street address (including apt. no.) city or town, state or province, country, and ZIP or foreign postal code<br><br><br>EMANUEL R MORI<br>801 LIMESTONE DR<br>ALLISON PARK PA 15101 | 4 Refund of overpaid interest<br>$      0.00 | 5 Mortgage insurance premiums<br>$      0.00 |
|---|---|---|

| 6 Points paid on purchase of principal residence<br>$            0.00 |
|---|

| 7 ☐ If address of property securing mortgage is the same as PAYER'S/BORROWER'S address, the box is checked, or the address or description is entered in box 8. |
|---|

| OC | 8 Address or description of property securing mortgage<br><br>4759 LIBERTY AVE<br>PITTSBURGH PA 15224-2032 |
|---|---|

| 9 Number of properties securing the mortgage | 10 Other    Real Estate Taxes Paid<br>$3,236.01 | |
|---|---|---|

| | | 11 Mortgage acquisition date |
|---|---|---|

| Account number (see instructions)<br>█████9790 | PAYER'S/BORROWER'S TIN<br>xxx-xx-5159 | |
|---|---|---|

Form **1098**                    (Keep for your records)

## Annual Statement of Account

### 2023 Year End Escrow Account Information

```
    $142.14  - BEGINNING BALANCE
 $10,217.08  + DEPOSITS
  $6,769.91  - DISBURSEMENTS
  $3,305.03  ENDING BALANCE
```

### 2023 Year End Unpaid Principal Balance

```
 $138,702.38  BEGINNING BALANCE
  -$3,935.30  PRINCIPAL APPLIED
 $142,637.68  ENDING BALANCE
```

### 2023 Year End Interest Paid

*See Box 1 of Mortgage Interest Statement

### Current Payment Information

```
 $1,059.43  TOTAL CURRENT PAYMENT
   $623.90  ESCROW PORTION OF PMT
```

PROPERTY ADDRESS
4759 LIBERTY AVE
PITTSBURGH PA 15224-2032

This material is not intended to provide, and should not be relied on for tax, legal, or accounting advice. The amount shown may not be fully deductible by you on your income tax return. You should consult your own tax, legal, and accounting advisors.

The dollar amount located in Box 10 is the tax amount PHH paid on your behalf as billed to us by your local taxing authority and may include items other than "Real Estate Taxes". Please consult with a tax advisor on the deductibility, as we do not report this amount to the IRS and is informational only.

Box 2 Outstanding mortgage principal shows the mortgage principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage

## Instructions for Payer/Borrower

A person (including a financial institution, a governmental unit, and a cooperative housing corporation) who is engaged in a trade or business and, in the course of such trade or business, received from you at least $600 of mortgage interest (including certain points) on any one mortgage in the calendar year must furnish this statement to you.

If you received this statement as the payer of record on a mortgage on which there are other borrowers, furnish each of the other borrowers with information about the proper distribution of amounts reported on this form. Each borrower is entitled to deduct only the amount each borrower paid and points paid by the seller that represent each borrower's share of the amount allowable as a deduction. Each borrower may have to include in income a share of any amount reported in box 4.

If your mortgage payments were subsidized by a government agency, you may not be able to deduct the amount of the subsidy. See the instructions for Schedule A, C, or E (Form 1040) for how to report the mortgage interest. Also, for more information, see Pub. 936 and Pub. 535.

**Payer's/Borrower's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (SSN, ITIN, ATIN, or EIN). However, the issuer has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the lender has assigned to distinguish your account.

**Box 1.** Shows the mortgage interest received by the recipient/lender during the year. This amount includes interest on any obligation secured by real property, including a mortgage, home equity loan, or line of credit. This amount does not include points, government subsidy payments, or seller payments on a "buydown" mortgage. Such amounts are deductible by you only in certain circumstances.



*If you prepaid interest in the calendar year that accrued in full by January 15, of the subsequent year, this prepaid interest may be included in box 1. However, you cannot deduct the prepaid amount in the calendar year paid even though it may be included in box 1.*

If you hold a mortgage credit certificate and can claim the mortgage interest credit, see Form 8396. If the interest was paid on a mortgage, home equity loan, or line of credit secured by a qualified residence, you can only deduct the interest paid on acquisition indebtedness, and you may be subject to a deduction limitation.

**Box 2.** Shows the outstanding principal on the mortgage as of January 1 of the calendar year. If the mortgage originated in the calendar year, shows the mortgage principal as of the date of origination. If the recipient/lender acquired the loan in the calendar year, shows the mortgage principal as of the date of acquisition.

**Box 3.** Shows the date of the mortgage origination.

**Box 4. Do not deduct this amount.** It is a refund (or credit) for overpayment(s) of interest you made in a prior year or years. If you itemized deductions in the year(s) you paid the interest, you may have to include part or all of the box 4 amount on the "Other income" line of your calendar year Schedule 1 (Form 1040). No adjustment to your prior year(s) tax return(s) is necessary. For more information, see Pub. 936 and *Itemized Deduction Recoveries* in Pub. 525.

**Box 5.** If an amount is reported in this box, it may qualify to be treated as deductible mortgage interest. See the calendar year Schedule A (Form 1040) instructions and Pub. 936.

**Box 6.** Not all points are reportable to you. Box 6 shows points you or the seller paid this year for the purchase of your principal residence that are required to be reported to you. Generally, these points are fully deductible in the year paid, but you must subtract seller-paid points from the basis of your residence. Other points not reported in box 6 may also be deductible. See Pub. 936 to figure the amount you can deduct.

**Box 7.** If the address of the property securing the mortgage is the same as the payer's/borrower's, either the box has been checked, or box 8 has been completed.

**Box 8.** Shows the address or description of the property securing the mortgage.

**Box 9.** If more than one property secures the loan, shows the number of properties securing the mortgage. If only one property secures the loan, this box may be blank.

**Box 10.** The interest recipient may use this box to give you other information, such as real estate taxes or insurance paid from escrow.

**Box 11.** If the recipient/lender acquired the mortgage in the calendar year, shows the date of acquisition.

**Future developments.** For the latest information about developments related to Form 1098 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1098*.

**Free File.** Go to *www.irs.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.


**SPS** SELECT Portfolio SERVICING, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

"Attachment B"

Account Number: ████9132

Social Security /
Tax Identification Number:        ***-**-5159


⌐ 2128690 000041753 9033                41753

EMMANUEL R MORI
993 GREENTREE RD # 101
PITTSBURGH PA 15220-3241

## MORTGAGE INTEREST STATEMENT - SUBSTITUTE FORM 1098

The information in boxes 1 through 9 and 11 is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points, reported in boxes 1 and 6; or because you didn't report the refund of interest (box 4); or because you claimed a nondeductible item.

| ☐ CORRECTED (if checked) | 2023 |
|---|---|

| Lender's Information: | Borrower's Information: |
|---|---|
| Select Portfolio Servicing, Inc | EMMANUEL R MORI |
| P.O. Box 65250 | |
| Salt Lake City, UT 84165-0250 | 3718 LIBERTY AVENUE |
| Lender's Federal Identification No. 87-0465626 | PITTSBURGH, PA 15201 |

### ESCROW SUMMARY

| | |
|---|---|
| Beginning Escrow Balance | $3,245.89- |
| | |
| Additions to Escrow | |
| Deposits* | $360.64 |
| | |
| Subtractions from Escrow | |
| PROPERTY TAXES | $.00 |
| LIEN YTD | $.00 |
| HAZARD INS. | $.00 |
| FHA/PMI INS. | $.00 |
| | |
| Ending Escrow Balance | $2,885.25- |
| *Includes      $.00  in Escrow Interest | |

### INTEREST SUMMARY

| | |
|---|---|
| Mortgage Interest Paid in 2023 | $2,477.05 |
| Plus Late Charges Paid | $.00 |
| Total Interest | $2,477.05 |

| | |
|---|---|
| Box 1 - Mortgage interest received from payer/borrower* | $2,477.05 |
| Box 2 - Outstanding mortgage principal | $29,258.96 |
| Box 3 - Mortgage Origination Date | 06/15/2007 |
| Box 4 - Refund of overpaid interest | $.00 |
| Box 5 - Mortgage insurance premiums | $.00 |
| Box 6 - Points paid on purchase of principal residence | $.00 |

Box 7 - ☐ If address of property securing mortgage is
the same as PAYER's/ BORROWER'S address, check the box,
or enter the address or description in box 8.
Box 8 - Address or description of property
securing mortgage     3718 LIBERTY AVENUE
                      PITTSBURGH PA 15201

| | |
|---|---|
| Box 9 - Number of properties securing the mortgage | 01 |

Box 10 - Other
Box 11 - Mortgage acquisition date

For more information on each box see reverse side.
*Caution. The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person.

### PRINCIPAL ACTIVITY

| | |
|---|---|
| Principal Applied | $1,491.20 |
| Remaining Balance | $27,767.76 |

If you have any questions regarding this statement, please contact our Customer Service Department toll-free at 1-800-258-8602. Representatives are available Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also write to us at P.O. Box 65250, Salt Lake City, UT 84165-0250.

41753

**See Reverse Side for Additional Information.**


████9132

IT700

Select Portfolio Servicing, Inc
P.O. Box 65250
Salt Lake City, UT 84165-0250


EMMANUEL R MORI

RE: Account No. ████ 9132


---- ACCOUNT ACTIVITY STATEMENT ----

| TRANSACTION DESCRIPTION | PROCESS DATE | DUE DATE | TOTAL AMOUNT | PRINCIPAL AMOUNT | INTEREST AMOUNT | ESCROW AMOUNT | FEES | OTHER |
|---|---|---|---|---|---|---|---|---|
| PAYMENT | 01/31 | 01/23 | $160.93 | $0.00 | $0.00 | $0.00 | $0.00 | $160.9: |
| PAYMENT | 02/09 | 01/23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 02/24 | 01/23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 03/17 | 01/23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 04/13 | 01/23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.0 |
| CORPORATE ADVANCE ADJUST | 05/12 | | $482.39- | $0.00 | $0.00 | $0.00 | $482.39- | $0.0 |
| PAYMENT | 05/12 | 01/23 | $0.00 | $0.00 | $0.00 | $0.00 | $482.39 | $482.3: |
| PROP PRESERVATION DISB | 06/09 | | $19.99 | $0.00 | $0.00 | $0.00 | $19.99 | $0.0 |
| PROP PRESERVATION DISB | 07/11 | | $19.99 | $0.00 | $0.00 | $0.00 | $19.99 | $0.0 |
| PAYMENT | 07/19 | 01/23 | $2,136.75 | $110.19 | $195.06 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 02/23 | $0.00 | $110.92 | $194.33 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 03/23 | $0.00 | $111.66 | $193.59 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 04/23 | $0.00 | $112.41 | $192.84 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 05/23 | $0.00 | $113.16 | $192.09 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 06/23 | $0.00 | $113.91 | $191.34 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/19 | 07/23 | $0.00 | $114.67 | $190.58 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 07/24 | 08/23 | $305.25 | $115.44 | $189.81 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 08/24 | 09/23 | $305.25 | $116.21 | $189.04 | $0.00 | $0.00 | $0.0 |
| PAYMENT | 09/26 | 10/23 | $395.41 | $116.98 | $188.27 | $90.16 | $0.00 | $0.0 |
| REPAY OF ESCROW ADVANCE | 09/26 | 10/23 | $0.00 | $0.00 | $0.00 | $90.16- | $0.00 | $0.0 |
| PAYMENT | 10/23 | 11/23 | $395.41 | $117.76 | $187.49 | $90.16 | $0.00 | $0.0 |
| REPAY OF ESCROW ADVANCE | 10/23 | 11/23 | $0.00 | $0.00 | $0.00 | $90.16- | $0.00 | $0.0 |
| PAYMENT | 11/27 | 12/23 | $395.41 | $118.55 | $186.70 | $90.16 | $0.00 | $0.0 |
| REPAY OF ESCROW ADVANCE | 11/27 | 12/23 | $0.00 | $0.00 | $0.00 | $90.16- | $0.00 | $0.0 |
| PAYMENT | 12/26 | 01/24 | $395.41 | $119.34 | $185.91 | $90.16 | $0.00 | $0.0 |
| REPAY OF ESCROW ADVANCE | 12/26 | 01/24 | $0.00 | $0.00 | $0.00 | $90.16- | $0.00 | $0.0 |



Total unpaid principal balance on your account as of December 31, 2023:    $27,767.76

| Debtor Name | Emanuel R. Mori | Case number | 24-20807-CMB |

**Exhibit A-3: Statement of Cash Flows for [Name of Controlled Non-Debtor Entity] for period ending [date]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

| Debtor Name | Emanuel R. Mori | | Case number | 24-20807-CMB |
| --- | --- | --- | --- | --- |

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

| Debtor Name | Emanuel R. Mori | Case number | 24-20807-CMB |
|---|---|---|---|

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Debtor Name  Emanuel R. Mori     Case number  24-20807-CMB

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

| Debtor Name | Emanuel R. Mori | Case number | 24-20807-CMB |
|---|---|---|---|

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtor Name | Emanuel R. Mori | Case number | 24-20807CMB

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]