**Date: 08/15/2024 01:30 pm**

**In re:**  Emanuel R. Mori

**Bankruptcy No. 24-20807-CMB**
**Chapter: 11 (Not Sm. Bus.)**
**Doc. #1**

**Appearances:** Donald R. Calaiaro, Kate Bradley

**Nature of Proceeding:** #1 Chapter 11 Status Conference

**Notes:**
(1:40pm)
Calaiaro: Have MORs in office, but client needs to amend. POC deadline has not passed. Need that before can complete Disclosure Statement and Plan. Discussing potential sale of real estate. Need time to review claims and work on treatment.
Bradley: MORs are an issue and need to be filed. Will file a motion to dismiss if not filed soon.

OUTCOME: Debtor must file MORs by Tuesday, 8/20. Status Conference continued to 10/24 at 1:30pm. Will cancel status conference if plan is filed.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
8/16/24 11:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-20807-CMB

Emanuel R. Mori    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto      Page 1 of 2
Date Rcvd: Aug 16, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:

**Name**      **Email Address**

Denise Carlon
     on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com

Donald R. Calaiaro
     on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com
     kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Elvina Rofael
     on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

Jeffrey Hunt
     on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joseph James Perotti, Jr
     on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Joseph James Perotti, Jr
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
    on behalf of Creditor Community Loan Servicing LLC bankruptcy@fskslaw.com

TOTAL: 10