**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) Bankruptcy No. 24-20807-CMB |
| Emanuel R. Mori, | ) |
| **Debtor,** | ) Chapter 11 |
| | ) |
| Emanuel R. Mori, | ) Related Doc. No. 43 |
| **Movant,** | ) |
| **vs.** | ) |
| No Respondent. | ) Document No. |

## ORDER OF COURT

**AND NOW**, this 21st day of August, 2024, upon consideration of the Debtor's *Motion to Extend Time to File Monthly Operating Reports*, it is hereby **ORDERED, ADJUDGED** and **DECREED**:

1. The Motion is **GRANTED**.

2. The deadline for the Debtor to file Monthly Operating Reports is hereby extended fourteen (14) days up to and including September 3, 2024.

By the Court:

_____   dmk
**Honorable Carlota M. Böhm
United States Bankruptcy Judge**

FILED
8/21/24 8:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20807-CMB |
| Emanuel R. Mori | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Joseph James Perotti, Jr
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
    on behalf of Creditor Community Loan Servicing LLC bankruptcy@fskslaw.com

TOTAL: 10