**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 24-20807-CMB |
| Emanuel R. Mori, | ) **Chapter** 11 |
|     **Debtor,** | ) |
| Emanuel R. Mori, | ) **Related Document No.** 39,38 |
|     **Movant,** | ) **Hearing Date:** 09/12/24 @ 1:30 p.m. |
|     v. | ) **Responses Due:** 08/23/24 |
| | ) |
|     **No Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
Motion For An Order (I) Extending Its Exclusive Periods To File And Solicit Acceptances Of A Chapter 11 Plan And (II) Extending The Deadline To File A Chapter 11 Plan And Disclosure Statement - Document No. 38**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for An Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan And (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** filed on August 5, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for An Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan And (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Employ Motion for An Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan And (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** were to be filed and served no later than Augus 23, 2024.

It is hereby respectfully requested that the Order attached to the **Motion for An Order (I) Extending Its Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan And (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement** be entered by the Court.

**Executed on:** August 27, 2024          /s/ Donald R. Calaiaro
                                                         **Donald R. Calaiaro, Esquire
PA I.D. No. 27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**