**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20807-CMB |
| Emanuel R. Mori, | ) |
| **Debtor,** | ) **Chapter** 11 |
| | ) |
| Emanuel R. Mori, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.** 38 |

**ENTERED BY DEFAULT**

**ORDER OF COURT**

 **AND NOW** this <u>28th</u> day of <u> August </u>, 2024, upon consideration of the Debtor's *Motion for an Order (I) Extending the Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Extending the Deadline to File a Chapter 11 Plan and Disclosure Statement*, and after notice and an opportunity to be heard as deemed necessary and appropriate under the circumstances, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED:**

 1. The Motion is **GRANTED.**

 2. The deadline for the Debtor to file a Plan and Disclosure Statement is hereby extended for sixty (60) days up to and including October 4, 2024.

 3. The exclusive period for which only the Debtor may file a Chapter 11 Plan pursuant to 11 U.S.C. § 1121 is hereby extended sixty (60) days up to and including October 4, 2024.

 4. The exclusive period for which only the Debtor may solicit acceptance and seek confirmation of a Chapter 11 Plan is hereby extended sixty (60) days up to and including December 2, 2024.

It is **FURTHERED ORDERED** that this Order is without prejudice to the Debtor's

right to request further extensions of time if necessary and appropriate.

**BY THE COURT:**

**Honorable Carlota M. Böhm**
**United States Bankruptcy Judge**

FILED
8/28/24 3:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 24-20807-CMB

Emanuel R. Mori                                                                  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                         Page 1 of 2
Date Rcvd: Aug 28, 2024                   Form ID: pdf900                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**       **Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2024:**

**Recip ID**                 **Recipient Name and Address**
db                  +  Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2024                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2024 at the address(es) listed
below:**

**Name**                        **Email Address**

Denise Carlon
                         on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed
                         Certificates, Series 2007-3 dcarlon@kmllawgroup.com

Donald R. Calaiaro
                         on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com
                         kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com

Elvina Rofael
                         on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

Jeffrey Hunt
                         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joseph James Perotti, Jr
                         on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
     on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com
     KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
     on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
     on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
     on behalf of Creditor Community Loan Servicing  LLC bankruptcy@fskslaw.com


TOTAL: 10