**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 24-20807-CMB |
| Emanuel R. Mori, | ) |
|     **Debtor,** | ) **Chapter** 11 |
| | ) |
| Emanuel R. Mori, | ) **Related Document No.** 41-42 |
|     **Movant,** | ) **Hearing Date:** 09/12/24 @ 1:30 p.m. |
| v. | ) **Response Due:** 09/02/24 |
| Citizens Bank, | ) |
|     **Respondent.** | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR AN ORDER UNDER 11 U.S.C. §§ 363, 1107, AND 1108
AUTHORIZING MAINTENANCE AND CONTINUED USE OF PRE-PETITION BANK
ACCOUNT AND GRANTING RELATED RELIEF
- Document No. 41**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion for An Order Under 11 U.S.C. §§ 363, 1107, and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Account and Granting Related Relief** filed on August 15, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion for An Order Under 11 U.S.C. §§ 363, 1107, and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Account and Granting Related Relief** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion for An Order Under 11 U.S.C. §§ 363, 1107, and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Account and Granting Related Relief** were to be filed and served no later than September 2, 2024.

It is hereby respectfully requested that the Order attached to the **Motion for An Order Under 11 U.S.C. §§ 363, 1107, and 1108 Authorizing Maintenance and Continued Use of Pre-Petition Bank Account and Granting Related Relief** be entered by the Court.

**Executed on:** September 3, 2024

    /s/ Donald R. Calaiaro
    **Donald R. Calaiaro, Esquire
    PA I.D. No. 27538
    dcalaiaro@c-vlaw.com
    CALAIARO VALENCIK
    938 Penn Avenue, Suite 501
    Pittsburgh, PA  15222-3708
    (412) 232-0930**