**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | **Bankruptcy No.** 24-20807-CMB |
| Emanuel R. Mori, ) | |
| **Debtor,** ) | **Chapter** 11 |
| ) | |
| Emanuel R. Mori, ) | **Hearing Date:** 09/12/24 @ 1:30 p.m. |
| **Movant,** ) | |
| v. ) | **Response Due:** 09/02/24 |
| Citizens Bank, ) | |
| **Respondent.** ) | **Document No.** 41 |

**ENTERED BY DEFAULT**

**ORDER AUTHORIZING THE CONTINUED USE OF THE
DEBTOR'S PRE-PETITION BANK ACCOUNT AND GRANTING RELATED RELIEF**

This matter coming before the Court on the motion (the "Motion"), filed by the above-captioned Debtor (the "Debtor"), for entry of an order (this "Order"): (i) authorizing, but not directing, the Debtor to continue use of his existing bank account, and (ii) granting related relief, all as further described in the Motion; and this Court having found that: (A) this Court has jurisdiction over the Debtor, his estate, property of his estate and to consider the Motion and the relief requested therein under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Western District of Pennsylvania*, dated October 16, 1984, (ii) this Court may enter a final order consistent with Article III of the United States Constitution, (iii) this is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (iv) venue of this proceeding and the Motion in this District is proper under 28 U.S.C. §§ 1408 and 1409, and (v) the Debtor's notice of the Motion and opportunity for a hearing were adequate and appropriate under the circumstances and no other or further notice need be provided; and this Court having reviewed the Motion; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted in this Order; and this Court having found and determined that the relief sought in the Motion is in the best interests of the

Debtor's estate, his creditors and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Debtor is authorized to maintain and continue using in the ordinary course, subject to the terms of this Order, the Bank Account described in the Motion, including the bank accounts listed in the Motion (collectively, the "Bank Account"). The Bank Account includes:

| Bank Name | Account Type | Last Four Digits of Account Number |
|---|---|---|
| Citizens Bank | One Deposit Checking | 4049 |

3. The Debtor is authorized to continue to use the Bank Account under existing account numbers without interruption; *provided*, *however*, that no checks or other debits issued against the Bank Account prior to the commencement of these Chapter 11 Case shall be honored, except as otherwise set forth in this Order or as authorized by other or further order of this Court and as represented by the Debtor to such Banks.

4. Citizens Bank is authorized, but not directed, to continue to service and administer the Bank Account as an account of the Debtor as debtor in possession without interruption and in the usual and ordinary course, and to receive, process, honor and pay any and all checks, drafts, wires, or ACH transfers drawn on the Bank Account after the Petition Date by the holders or makers thereof (to the extent of available funds), as the case may be, including with respect to checks or other items issued prior to the Petition Date to the extent authorized by this Order or a further order of this Court. The Debtor

shall cause the Bank Account to be renamed as "debtor in possession" accounts with the Petition Date and the case number included in the account title.

5. Except for those checks, drafts, wires, or ACH transfers that may be honored and paid in accordance with any order(s) of this Court authorizing payment of certain prepetition claims, and except as otherwise set forth in this Order or as authorized by other or further order of this Court and as represented by the Debtor to such Bank, no checks, drafts, wires, or ACH transfers issued on the existing Bank Account prior to the Petition Date but presented for payment after the Petition Date shall be honored or paid.

6. The Debtor is authorized to continue to use their existing checks and other business forms, which checks, and business forms *provided that* the Debtor includes the legend "Debtor in Possession" and the case number on all issued checks. If new checks and business forms are ordered during the pendency of these Chapter 11 Cases, such checks and business forms shall be required to include the legend "Debtor in Possession" and a "debtor-in-possession case number."

7. The Debtor is hereby authorized to execute any additional documents and cooperate with Citizens Bank as may be required to conduct the intent and purpose of this Order.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

By the Court,

DATE   September 4, 2024

*Carlota M. Böhm*   dmr
Honorable Carlota M. Böhm
United States Bankruptcy Court

FILED
9/4/24 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20807-CMB |
| Emanuel R. Mori | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 04, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 06, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Sep 04, 2024 | Form ID: pdf900 | Total Noticed: 1

Joseph James Perotti, Jr
   on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com
   KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
   on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
   on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
   on behalf of Creditor Community Loan Servicing  LLC bankruptcy@fskslaw.com

TOTAL: 10