IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 24-20807-CMB |
| Emanuel R. Mori, | ) |
| **Debtor,** | ) Chapter 11 |
| | ) |
| Emanuel R. Mori, | ) Related Doc. No. 43 |
| **Movant,** | ) |
| **vs.** | ) |
| No Respondent. | ) Document No. 53 |

## ORDER OF COURT

    **AND NOW**, this 5th day of September , 2024, upon consideration of the

Debtor's *Motion to Extend Time to File Monthly Operating Reports*, it is hereby

**ORDERED, ADJUDGED** and **DECREED**:

    1.    The Motion is **GRANTED**.

    2.    The deadline for the Debtor to file Monthly Operating Reports is hereby

extended fourteen (14) days  up to and including September 17, 2024. *No further extensions will be granted.*

               By the Court:

FILED
9/5/24 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

               Honorable Carlota M. Böhm
               **United States Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 24-20807-CMB
Emanuel R. Mori                                                           Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                    User: auto                           Page 1 of 2
Date Rcvd: Sep 05, 2024                 Form ID: pdf900                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2024:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Denise Carlon | on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |

Joseph James Perotti, Jr

on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com
KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr

on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley

on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza

on behalf of Creditor Community Loan Servicing  LLC bankruptcy@fskslaw.com


TOTAL: 10