IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Emanuel R. Mori<br><br>      **Debtor,**<br>Emanuel R. Mori,<br>      **Movant,**<br>v.<br>No Respondent. | ) Bankruptcy Case No. 24-20807-CMB<br>)<br>) Chapter 11<br>)<br>) Related Document No. 49<br>)<br>)<br>)<br>) Document No. 60 |

## ORDER OF COURT

AND NOW, this <u>9th</u> day of <u>October</u>, 2024, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED.**

2. The deadline for the Debtor to file a Chapter 11 Plan and Disclosure Statement is hereby extended by seven (14) days, from October 4, 2024, up to and including October 17, 2024.

It is **FURTHERED ORDERED** that this Order is without prejudice to the Debtor' right to request further extensions of time if necessary and appropriate. *No further extensions will be granted.*

By the Court:

*[signature]*

Honorable Carlota M. Böhm
United States Bankruptcy Judge

FILED
10/9/24 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-20807-CMB |
| Emanuel R. Mori | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
on behalf of Creditor HSBC Bank USA  National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com

Donald R. Calaiaro
on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com
kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com

Elvina Rofael
on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov

Jeffrey Hunt
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Joseph James Perotti, Jr
on behalf of Creditor County Of Allegheny rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

| | |
|---|---|
| Joseph James Perotti, Jr | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Tammy Benoza | on behalf of Creditor Community Loan Servicing LLC bankruptcy@fskslaw.com |

TOTAL: 10