IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy Case No. 24-20807-CMB |
| Emanuel R. Mori | ) |
| | ) Chapter 11 |
| **Debtor,** | ) |
| Emanuel R. Mori, | ) Related Document No. 63 |
| **Movant,** | ) |
| v. | ) |
| No Respondent. | ) Document No.   74 |

### ORDER OF COURT

**AND NOW,** this <u>  18th  </u> day of <u>        October        </u>, 2024, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1. The Motion is **GRANTED.**

2. A Status Conference is scheduled for <u>November 7, 2024</u>, at 1:30 p. m. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Alternatively, Parties may appear via Zoom.

3. The Bankruptcy Clerk shall not schedule the hearing on the Disclosure Statement until after the Status Conference has occurred.

4. The continued Chapter 11 Status Conference scheduled for October 24, 2024, is CANCELLED.

Honorable Carlota M. Böhm    dmr
United States Bankruptcy Judge

FILED
10/18/24 11:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Emanuel R. Mori  
    Debtor

Case No. 24-20807-CMB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Oct 18, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;amoody@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |

District/off: 0315-2 | User: auto | Page 2 of 2
---|---|---
Date Rcvd: Oct 18, 2024 | Form ID: pdf900 | Total Noticed: 1

Joseph James Perotti, Jr
    on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com
    KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
    on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
    on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
    on behalf of Creditor Community Loan Servicing  LLC bankruptcy@fskslaw.com


TOTAL: 10