# PROCEEDING MEMO

**Date: 11/07/2024 01:30 pm**

**In re:**   **Emanuel R. Mori**

**Bankruptcy No. 24-20807-CMB**
**Chapter: 11 (Not Small Business)**
**Doc. #1**

**Appearances:** Donald R. Calaiaro, Kate Bradley, Tammy Benoza

**Nature of Proceeding:** #1 Continued Chapter 11 Status Conference

- File Amended MOR's by November 30, 2024.

- File Amended Disclosure Statement by December 15, 2024.

- Court will then schedule Amended Disclosure Statement.

FILED
11/7/24 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**U.S. Bankruptcy Judge**