**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy Case No.** 24-20807-CMB |
| Emanuel R. Mori, | ) |
| | ) **Chapter** 11 |
| **Debtor,** | ) |
| Emanuel R. Mori, | ) |
| **Movant,** | ) |
| **v.** | ) |
| No Respondent. | ) **Document No.** 84 |

**ORDER OF COURT**

**AND NOW,** this 17th day of December, 2024, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED.**

2. The deadline for the Debtor to file any Supplements to the Monthly Operating Reports, any Amended Chapter 11 Plan of Reorganization, and Amended Disclosure Statement with exhibits is hereby extended from December 15, 2024, to January 4, 2025.

It is **FURTHERED ORDERED** that no further extensions will be granted.

FILED
12/17/24 3:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**By the Court:**

Carlota M. Böhm

**Honorable Carlota M. Böhm** dmr
**United States Bankruptcy Judge**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 24-20807-CMB

Emanuel R. Mori Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 2

Date Rcvd: Dec 17, 2024 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2024:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2024 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Denise Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |

Joseph James Perotti, Jr
on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Joseph James Perotti, Jr
on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com

Kate Bradley
on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
on behalf of Creditor Community Loan Servicing LLC bankruptcy@fskslaw.com

TOTAL: 10