## PROCEEDING MEMO

**Date: 02/11/2025 1:30 PM**
**In re:    Emanuel R. Mori**

**Bankruptcy No. 24-20807-CMB**
**Chapter: 11 (Not Small Business)**
**Doc. #85**

**Appearances:  Andrew Pratt, Esq.**
**Kate Bradley, U.S. Trustee**
**Tammy Benoza, Esq.**

**Nature of Proceeding:  #85 Hearing to Determine Whether Case Should be Dismissed for Failure to Comply With Deadlines**

- Hearing held.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
2/11/25 3:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA