## PROCEEDING MEMO

**Date:  02/11/2025 1:30 PM**
**In re:    Emanuel R. Mori**

**Bankruptcy No.  24-20807-CMB**
**Chapter:  11 (Not Small Business)**
**Doc. #89**

**Appearances: Andrew Pratt, Esq.**
              **Kate Bradley, U.S. Trustee**
              **Tammy Benoza, Esq.**

**Nature of Proceeding:  #89 Motion of the United States Trustee to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. 1112(b)**

**Additional Pleadings:  #93 Response by Debtor**

- Hearing held.

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
2/11/25 3:15 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA