IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EMANUEL R. MORI,<br><br>        Debtor.<br>_____<br><br>UNITED STATES TRUSTEE,<br><br>        Movant,<br><br>        v.<br><br>EMANUEL R. MORI,<br><br>        Respondent. | Case Number: 24-20807-CMB<br><br>Chapter 11<br><br><br>Related to Doc. Nos. 88 and 89 |

### ORDER OF COURT

**AND NOW**, on this 11th day of February, 2025, upon consideration of the Motion of the United States Trustee to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) (the "Motion," Doc. No. 89), the Response, the record of the above-captioned case, and after notice and a hearing thereon, and finding that cause exists to dismiss the Debtor's case and that dismissal is in the best interests of creditors, it is hereby

**ORDERED ADJUDGED and DECREED** that the Motion is **GRANTED** as set forth herein, and the Debtor's case is **DISMISSED** without prejudice.

CARLOTA M. BÖHM
U.S. Bankruptcy Judge

FILED
2/11/25 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA