# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315–2 | User: auto | Date Created: 2/11/2025 |
| Case: 24–20807–CMB | Form ID: pdf900 | Total: 49 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr          PHH Mortgage Corporation
cr          HSBC Bank USA, National Association as Trustee for Renaissance Home Equity Loan Asset–Backed Certificates, Series 2007–3

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

ust          Office of the United States Trustee          ustpregion03.pi.ecf@usdoj.gov
aty          Denise Carlon          dcarlon@kmllawgroup.com
aty          Donald R. Calaiaro          dcalaiaro@c–vlaw.com
aty          Elvina Rofael          elvina.rofael@usdoj.gov
aty          Jeffrey Hunt          ecfpeoples@grblaw.com
aty          Joseph James Perotti, Jr          rmonti@grblaw.com
aty          Kate Bradley          kate.m.bradley@usdoj.gov
aty          Keri P. Ebeck          kebeck@bernsteinlaw.com
aty          Tammy Benoza          bankruptcy@fskslaw.com

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Emanuel R. Mori          801 Limestone Drive          Allison Park, PA 15101
cr          Community Loan Servicing, LLC          FEIN, SUCH, KAHN & SHEPARD, P.C.
cr          Peoples Natural Gas Company LLC          GRB Law          c/o Jeffrey R. Hunt, Esquire          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219 UNITED STATES
cr          Pittsburgh Water & Sewer Authority          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place          Suite 3110          Pittsburgh          PA, 15219 UNITED STATES
cr          City of Pittsburgh and School District of Pittsburgh          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place          Suite 3110          Pittsburgh          PA, 15219 UNITED STATES
cr          County Of Allegheny          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place          Suite 3110          Pittsburgh          PA, 15219 UNITED STATES
15703046          Allegheny County          c/o Jordan Tax Service, Inc.          102 Rahway Dr.          Canonsburg, PA 15317
15703047          Bank Of America          655 Paper Mill Road          Newark, DE 19711
15703048          Bank of America          655 Papermill Road          Newark, DE 19711
16432588          Bank of America, N.A.          PO Box 673033          Dallas, TX 75267–3033
15703049          Barclays Bank Delaware          100 S, West St.          Wilmington, DE 19801
15812892          COMMUNITY LOAN SERVICING, LLC          4425 PONCE DE LEON BLVD.          3th FLOOR, BK DEPT.          CORAL GABLES, FL 33146
15703050          Capital One          Attn: Bankruptcy          Po Box 30285          Salt Lake City, UT 84130
15703051          City and Scool District of Pittsburgh          c/o Jordan Tax Service          102 Rahway Road          Canonsburg, PA 15317
15717517          City of Pittsburgh          GRB Law          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219
15717516          City of Pittsburgh/School District of Pittsburgh          GRB Law          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219
15703053          Community Loan Servicing LLC          1415 W. Cypress Creek Road, Ste. 200          Fort Lauderdale, FL 33309
15703052          Community Loan Servicing LLC          clo Sean Duffy, Esquire          KML Law Group. P.C.          701 Market St. , Suite 5000          Philadelphia, PA 19106
15717575          County of Allegheny          GRB Law          c/o Joseph J. Perotti, Jr., Esquire          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219
15703054          Credit Protection Assoc./Etan          Attn: Bankruptcy          P.O. Box 802068          Dallas, TX 75380
15713888          Department of Treasury          Internal Revenue Service          Centralized Insolvency Operation          P.O. Box 7346          Philadelphia, PA 19101–7346
15711775          Duquene Light Company          Bernstein–Burkely, P.C.          707 Grant Street, Suite 2200          Gulf Tower          Pittsburgh, PA 15219
16432744          Duquesne Light Company          c/o Bernstein–Burkley, P.C.          601 Grant Street, 9th Floor          Pittsburgh, PA 15219
15812042          HSBC Bank USA          c/o PHH Mortgage Corporation          Attn: Bankruptcy Department          PO Box 24605          West Palm Beach, FL 33416–4605
15703055          Midland Funding          Attn: Bankruptcy          P.O. Box 939069          San Diego, CA 92193
15703056          Ocwen Loan Servicing, LLC          Attn: Bankruptcy          1661 Worthington Rd, Ste 100          West Palm Beach, FL 33409
15703057          PHH Mortgage          Po Box 5452          Mt Laurel, NJ 08054
15711777          PIttsburgh Water and Sewer Authority          Goehring, Rutter & Boem          c/o Jeffrey R. Hunt, Esquire          437 Grant Street, 14th Fl. Grant Buildin          Pittsburgh, PA 15219
15711776          Peoples Natural Gas          GRB Law          437 Grant Street, 14th Floor          Pittsburgh, PA 15219
15716528          Peoples Natural Gas Company LLC          GRB Law          c/o Jeffrey R. Hunt, Esquire          525 William Penn Place, Suite 3110          Pittsburgh, PA 15219

15715844   Pittsburgh Water & Sewer Authority   GRB Law   c/o Joseph J. Perotti, Jr., Esquire   525 William Penn Place, Suite 3110   Pittsburgh, PA 15219
15711778   Portfolio Recovery Associates, LLC   P.O. Box 12914   Norfolk, VA 23541
15711779   Quantum3 Group as agent for   MOMA Funding LLC   P.O. Box 788   Kirkland, WA 98083
15711780   Select Portfolio Servicing, Inc   Attn: Bankruptcy   Po Box 65250   Salt Lake City, UT 84165
15703058   Synchorny Bank/Sams Club   Attn: Bankruptcy   P.O. Box 985060   Orlando, FL 32896
16431914   The Bank of New York Mellon   c/o Select Portfolio Servicing, Inc.   P.O. Box 65250   Salt Lake City, UT 84165–0250
15807979   UPMC Health Services   PO Box 1123   Minneapolis, MN 55440–1123
15809694   UPMC Physician Services   PO Box 1123   Minneapolis, MN 55440–1123

TOTAL: 38