IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>EMANUEL R. MORI,<br><br>Debtor. | Case Number: 24-20807-CMB<br><br>Chapter 11 |
| UNITED STATES TRUSTEE,<br><br>Movant,<br><br>v.<br><br>EMANUEL R. MORI,<br><br>Respondent. | Related to Doc. Nos. 88 and 89 |

**ORDER OF COURT**

**AND NOW**, on this 11th day of February, 2025, upon consideration of the Motion of the United States Trustee to Dismiss or Convert Debtor's Chapter 11 Case Pursuant to 11 U.S.C. §1112(b) (the "Motion," Doc. No. 89), the Response, the record of the above-captioned case, and after notice and a hearing thereon, and finding that cause exists to dismiss the Debtor's case and that dismissal is in the best interests of creditors, it is hereby

**ORDERED ADJUDGED and DECREED** that the Motion is **GRANTED** as set forth herein, and the Debtor's case is **DISMISSED** without prejudice.

FILED
2/11/25 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

CARLOTA M. BÖHM
U.S. Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-20807-CMB

Emanuel R. Mori  Chapter 11

Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 37 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emanuel R. Mori, 801 Limestone Drive, Allison Park, PA 15101-4225 |
| 15703052 | + | Community Loan Servicing LLC, c/o Sean Duffy, Esquire, KML Law Group. P.C., 701 Market St. , Suite 5000, Philadelphia, PA 19106-1541 |
| 15703054 | + | Credit Protection Assoc./Etan, Attn: Bankruptcy, P.O. Box 802068, Dallas, TX 75380-2068 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 12 2025 00:21:00 | City of Pittsburgh and School District of Pittsbur, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Feb 12 2025 00:21:00 | County Of Allegheny, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Feb 12 2025 00:21:00 | Pittsburgh Water & Sewer Authority, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15703046 | ^ | MEBN | Feb 12 2025 00:06:17 | Allegheny County, c/o Jordan Tax Service, Inc., 102 Rahway Dr., Canonsburg, PA 15317-3349 |
| 15703047 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2025 00:20:00 | Bank Of America, 655 Paper Mill Road, Newark, DE 19711-7500 |
| 15703048 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2025 00:20:00 | Bank of America, 655 Papermill Road, Newark, DE 19711-7500 |
| 16432588 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2025 00:20:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15703049 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2025 00:21:00 | Barclays Bank Delaware, 100 S, West St., Wilmington, DE 19801-5015 |
| 15812892 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | COMMUNITY LOAN SERVICING, LLC, 4425 PONCE DE LEON BLVD., 3th FLOOR, BK DEPT., CORAL GABLES, FL 33146-1839 |
| 15703050 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 12 2025 00:27:49 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15703051 | ^ | MEBN | Feb 12 2025 00:06:17 | City and Scool District of Pittsburgh, c/o Jordan Tax Service, 102 Rahway Road, Canonsburg, PA |

Case 24-20807-CMB    Doc 100    Filed 02/13/25    Entered 02/14/25 00:29:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| | | | 15317-3349 |
| 15717517 | + Email/Text: ebnjts@grblaw.com | Feb 12 2025 00:21:00 | City of Pittsburgh, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15717516 | + Email/Text: ebnjts@grblaw.com | Feb 12 2025 00:21:00 | City of Pittsburgh/School District of Pittsburgh, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15703053 | + Email/Text: nsm_bk_notices@mrcooper.com | Feb 12 2025 00:21:00 | Community Loan Servicing LLC, 1415 W. Cypress Creek Road, Ste. 200, Fort Lauderdale, FL 33309-1955 |
| 15717575 | + Email/Text: ebnjts@grblaw.com | Feb 12 2025 00:21:00 | County of Allegheny, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15713888 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2025 00:21:00 | Department of Treasury, Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15711775 | + Email/Text: kburkley@bernsteinlaw.com | Feb 12 2025 00:22:00 | Duquene Light Company, Bernstein-Burkely, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 16432744 | + Email/Text: jdryer@bernsteinlaw.com | Feb 12 2025 00:21:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15812042 | Email/Text: BKEBN-Notifications@ocwen.com | Feb 12 2025 00:21:00 | HSBC Bank USA, c/o PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 15703055 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 12 2025 00:22:00 | Midland Funding, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15703056 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 12 2025 00:21:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 1661 Worthington Rd, Ste 100, West Palm Beach, FL 33409-6493 |
| 15703057 | + Email/Text: BKEBN-Notifications@ocwen.com | Feb 12 2025 00:21:00 | PHH Mortgage, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 15711777 | + Email/Text: ebnpwsa@grblaw.com | Feb 12 2025 00:21:00 | PIttsburgh Water and Sewer Authority, Goehring, Rutter & Boem, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Fl. Grant Buildin, Pittsburgh, PA 15219-6107 |
| 15711778 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:29:01 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 15711776 | + Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas, GRB Law, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15716528 | + Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15715844 | + Email/Text: ebnpwsa@grblaw.com | Feb 12 2025 00:21:00 | Pittsburgh Water & Sewer Authority, GRB Law, c/o Joseph J. Perotti, Jr., Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15711779 | + Email/Text: bnc-quantum@quantum3group.com | Feb 12 2025 00:22:00 | Quantum3 Group as agent for, MOMA Funding LLC, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15711780 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 12 2025 00:23:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15703058 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 12 2025 00:29:13 | Synchorny Bank/Sams Club, Attn: Bankruptcy, P.O. Box 985060, Orlando, FL 32896-0001 |
| 16431914 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 12 2025 00:23:00 | The Bank of New York Mellon, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

Case 24-20807-CMB   Doc 100   Filed 02/13/25   Entered 02/14/25 00:29:53   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 37 |

| 15807979 | Email/Text: BNCnotices@dcmservices.com | | |
|---|---|---|---|
| | | Feb 12 2025 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15809694 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Feb 12 2025 00:21:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, FEIN, SUCH, KAHN & SHEPARD, P.C. |
| cr | | HSBC Bank USA, National Association as Trustee for |
| cr | | PHH Mortgage Corporation |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Feb 13, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor HSBC Bank USA National Association as Trustee for Renaissance Home Equity Loan Asset-Backed Certificates, Series 2007-3 dcarlon@kmllawgroup.com |
| Donald R. Calaiaro | on behalf of Debtor Emanuel R. Mori dcalaiaro@c-vlaw.com kmosur@c-vlaw.com;ssimmons@c-vlaw.com;apratt@c-vlaw.com;ncalaiaro@c-vlaw.com;aopoku@c-vlaw.com;Calairo.DonaldR.R141044@notify.bestcase.com;asmith@c-vlaw.com |
| Elvina Rofael | on behalf of U.S. Trustee Office of the United States Trustee elvina.rofael@usdoj.gov |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor County Of Allegheny rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Kate Bradley | on behalf of U.S. Trustee Office of the United States Trustee kate.m.bradley@usdoj.gov |
| Keri P. Ebeck | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh kebeck@bernsteinlaw.com |

District/off: 0315-2     User: auto     Page 4 of 4

Date Rcvd: Feb 11, 2025     Form ID: pdf900     Total Noticed: 37

btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Tammy Benoza
on behalf of Creditor Community Loan Servicing  LLC bankruptcy@fskslaw.com

TOTAL: 11